UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61130-CIV-SINGHAL/VALLE

ANDRE CRUZ, *et al.*,

    Plaintiffs,

v.

AMERICAN HONDA MOTOR COMPANY, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on Plaintiffs' Notice of Voluntary Dismissal (DE [18]), which states that Plaintiffs are voluntarily dismissing this action without prejudice so that they may refile it in another district with related cases. The Court having reviewed the Notice and the docket, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of August 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF